UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all other persons similarly situated,

                      Plaintiff,

-against-

LENOX CORPORATION,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/1/2020__

20 Civ. 7407 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 13, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by November 25, 2020, in advance of the initial pretrial conference scheduled for December 3, 2020. ECF No. 17. Those submissions are overdue.

      Accordingly, by **December 2, 2020**, at **2:00 p.m.**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: December 1, 2020
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge