UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all other persons similarly situated,

                    Plaintiff,

-against-

LENOX CORPORATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/16/2021_

20 Civ. 7407 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 3, 2020, the Court ordered the parties to submit a joint status letter by April 13, 2021, in advance of the case management conference scheduled for April 20, 2021. ECF No. 23. Those submissions are overdue.

    Accordingly, by **April 19, 2021**, at **2:00 p.m.**, the parties shall file their joint status letter.

    SO ORDERED.

Dated: April 16, 2021
       New York, New York

                                            ANALISA TORRES
                                    United States District Judge