USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAMON JAQUEZ,

                Plaintiff,

        - against -

10 LENOX DEVELOPMENT VENTURES, LLC,

                Defendant.
-------------------------------------------------------------X

20-CV-7407 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties have submitted a proposed consent decree. It will be most expedient for entry of the decree if the parties consent to the Magistrate Judge's jurisdiction going forward. Doing so will require filing the designated consent form with the District Judge. If the parties choose to consent as such, they shall file the consent no later than **May 13, 2021**.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2021
      New York, New York

Copies transmitted this date to all counsel of record.